Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
MARY GRACE PURGANAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRACE PURGANAN, on behalf of herself and as trustee of the Purganan Trust;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 4:18-cv-03102-HSG<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING DEADLINES AND CONTINUE HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT;** [PROPOSED] **ORDER**<br><br>Date: September 27, 2018<br>Time: 2:00 p.m.<br>Dept.: 2, 4th Floor |

**TO THIS HONORABLE COURT:**

Plaintiff MARY GRACE PURGANAN ("Plaintiff"), and Defendant WELLS FARGO BANK, N.A. ("Defendant"), through their counsel of record present the following stipulation to extend the briefing deadlines on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and to continue the hearing on the Motion to Dismiss.

## RECITALS

1. WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint on July 5, 2018 and scheduled the hearing on the Motion to Dismiss for September 27,

1

| | |
|---|---|
| 1 | 2018 (Dkt No. 15); |
| 2 | 2. WHEREAS, Plaintiff's counsel needs a few additional days to file the Opposition |
| 3 | to Defendant's Motion to Dismiss; |
| 4 | 3. WHEREAS, Plaintiff's counsel will be out of the country on September 27, 2018, |
| 5 | the date currently scheduled for the Motion to Dismiss hearing; |
| 6 | 4. WHEREAS, the Parties stipulate to extend Plaintiff's deadline to file her |
| 7 | Opposition to Defendant's Motion to Dismiss to July 23, 2018; |
| 8 | 5. WHEREAS, the Parties stipulate to extend Defendant's deadline to file the Reply |
| 9 | in Support of Defendant's Motion to Dismiss to July 30, 2018; |
| 10 | 6. WHEREAS, the Parties stipulate to continue the hearing on the Motion to Dismiss |
| 11 | from September 27, 2018 to October 18, 2018; |
| 12 | 7. WHEREAS, this stipulation waives no rights of either Party; |
| 13 | 8. WHEREAS, no other extension has previously been stipulated to, requested, or |
| 14 | granted. |

## STIPULATION

**IT IS HEREBY STIPULATED** that

1. the deadline for Plaintiff to file her Opposition to Defendant's Motion to Dismiss the First Amended Complaint is extended to July 23, 2018;

2. the deadline for Defendant to file the Reply in Support of Defendant's Motion to Dismiss the First Amended Complaint is extended to July 30, 2018; and

3. the hearing on the Motion to Dismiss the First Amended Complaint is continued from September 27, 2018 at 2:00 pm to October 18, 2017 at 2:00 pm.

DATED: July 19, 2018                    Respectfully submitted,

                                        SHAPERO LAW FIRM

                                        _/s/ Sarah Shapero_
                                        Sarah Shapero, Esq.
                                        Attorney for Plaintiff
                                        MARY GRACE PURGANAN

DATED: July 20, 2018                     Respectfully submitted,

REED SMITH LLP

_Ashley Rodriguez_
Ashley D. Rodriguez, Esq.
Attorney for Defendant
WELLS FARGO BANK, N.A.

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. the deadline for Plaintiff to file her Opposition to Defendant's Motion to Dismiss is extended to July 23, 2018;

2. the deadline for Defendant to file the Reply in Support of Defendant's Motion to Dismiss is extended to July 30, 2018; and

3. the hearing on the Motion to Dismiss is continued from September 27, 2018 at 2:00 pm to October 25, 2018 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 7/23/2018

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge