Raagini Shah (SBN 268022)
Email: rshah@reedsmith.com
Ashley D. Rodriguez (SBN 307007)
Email: arodriguez@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Wells Fargo Bank, N.A.

Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
MARY GRACE PURGANAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRACE PURGANAN, on behalf of herself and as trustee of the Purganan Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:18-cv-03102-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: August 28, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor |

Plaintiff Mary Grace Purganan, on behalf of herself and as trustee of the Purganan Trust, ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant" or "Wells Fargo") hereby stipulate as follows:

### RECITALS

1.     WHEREAS, on or around May 30, 2018, this matter was scheduled for a Case Management Conference on August 28, 2018 at 2:00 p.m.;

2.     WHEREAS, on or around July 5, 2018, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint, which is currently scheduled to be heard on October 25, 2018 at 2:00 p.m.;

3.     WHEREAS, since this case is not yet at issue, the parties request that the Case Management Conference be continued to be heard in conjunction with the Motion to Dismiss on October 25, 2018 at 2:00 p.m.

### STIPULATION

The parties hereby stipulate and agree to continue the Case Management Conference, currently scheduled for August 28, 2018 at 2:00 p.m., to October 25, 2018 at 2:00 p.m., to be heard in conjunction with the pending Motion to Dismiss.

**IT IS SO STIPULATED.**

DATED:  August 23, 2018

REED SMITH LLP

By:  _/s/ Ashley D. Rodriguez_____
     Raagini Shah
     Ashley D. Rodriguez
     Attorneys for Defendant
     Wells Fargo Bank, N.A.

DATED:  August 23, 2018

By: /s/ Sarah Shapero_____
    Sarah Shapero
    Attorneys for Plaintiff
    Mary Purganan

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ORDER

Having reviewed the above Stipulation, and good cause appearing therefor,

**IT IS ORDERED THAT:**

The Case Management Conference, currently scheduled for August 28, 2018 at 2:00 p.m., is continued to October 25, 2018 at 2:00 p.m., to be heard in conjunction with the pending Motion to Dismiss.

Dated: August 24, 2018

HON. HAYWOOD S. GILLIAM, JR.