Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
MARY GRACE PURGANAN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRACE PURGANAN, on behalf of herself and as trustee of the Purganan Trust;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 4:18-cv-03102-HSG<br><br>**PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY;** [PROPOSED] **ORDER**<br><br>Date: October 25, 2018<br>Time: 2:00 pm<br>Ctrm: 2, 4th Floor<br><br>Complaint Filed: April 23, 2018 |

TO THE CLERK OF THE COURT AND THE HONORABLE RICHARD SEEBORG:

Counsel for Plaintiff MARY GRACE PURGANAN ("Plaintiff") hereby respectfully requests permission to appear telephonically at the Case Management Conference and Motion to Dismiss hearing currently scheduled before this Court for October 25, 2018 at 2:00 p.m.

The Grounds for this request are as follows:

1. Counsel for Plaintiff is located in San Francisco, California; and

2. An appearance by telephone will save considerable legal fees and costs.

1
PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY

| | |
|---|---|
| DATED: October 18, 2018 | Respectfully submitted, |
| | SHAPERO LAW FIRM |
| | |
| | */s/ Sarah Shapero* |
| | Sarah Shapero, Esq. |
| | Attorney for Plaintiff |
| | MARY GRACE TURGANAN |

Dated: 10/22/2018

**DENIED**

*Haywood S. Gilliam Jr.*

Judge Haywood S. Gilliam Jr.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]