Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
MARY GRACE PURGANAN

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY GRACE PURGANAN, on behalf of herself and as trustee of the Purganan Trust;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 4:18-cv-03102-HSG<br><br>**PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY; ORDER**<br><br>Date: March 12, 2019<br>Time: 2:00 pm<br>Ctrm: 2, 4th Floor<br><br>Complaint Filed: April 23, 2018 |

1
PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY

TO THE CLERK OF THE COURT AND THE HONORABLE RICHARD SEEBORG:

Counsel for Plaintiff MARY GRACE PURGANAN ("Plaintiff") hereby respectfully requests permission to appear telephonically at the Case Management Conference currently scheduled before this Court for March 12, 2019 at 2:00 p.m.

The Grounds for this request are as follows:

1. Counsel for Plaintiff is located in San Francisco, California; and

2. An appearance by telephone will save considerable legal fees and costs.

DATED: March 8, 2019                    Respectfully submitted,

                                        SHAPERO LAW FIRM


                                        */s/ Sarah Shapero*
                                        Sarah Shapero, Esq.
                                        Attorney for Plaintiff
                                        MARY GRACE PURGANAN

## **ORDER**

The Court, having read and considered Plaintiff's Request to Appear by telephone at the Case Management Conference currently scheduled before this Court for March 12, 2019 at 2:00 p.m, and good cause appearing, finds:

Plaintiff's Request for a Telephonic Appearance is **DENIED**.

Dated: March 11, 2019

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge