REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone:　(415) 293-7995
Facsimile:　(415) 358-4116

Attorney for Plaintiff,
MARY GRACE PURGANAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRACE PURGANAN, on behalf of herself and as trustee of the Purganan Trust,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-03102-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING DEADLINES; ORDER** |

Plaintiff Mary Grace Purganan, on behalf of herself and as trustee of the Purganan Trust, ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant" or "Wells Fargo") hereby stipulate as follows:

## RECITALS

1. WHEREAS, on or around July 24, 2019, Defendant filed a Motion to Dismiss Plaintiff's Third Amended Complaint which is scheduled for hearing on December 19, 2019 at 2:00 pm;

2. WHEREAS, Plaintiff's Opposition is currently due on August 7, 2019 and Defendant's Reply is due on August 14, 2019; and

3. WHEREAS, the Parties stipulate and agree to extend the briefing deadlines by one week.

## STIPULATION

The parties hereby stipulate and agree to continue Plaintiff's deadline to file an Opposition to the Motion to Dismiss to August 14, 2019 and to continue Defendant's Reply deadline to August 21, 2019.

**IT IS SO STIPULATED.**

DATED: August 7, 2019

REED SMITH LLP

By: */s/ James Knauer*
James Knauer
Attorneys for Defendant
Wells Fargo Bank, N.A.

DATED: August 7, 2019

By: */s/ Sarah Shapero*
Sarah Shapero
Attorneys for Plaintiff
Mary Purganan

## ORDER

Having reviewed the above Stipulation, and good cause appearing therefor,

**IT IS ORDERED THAT:**

Plaintiff's deadline to file an Opposition to the Motion to Dismiss is continued to August 14, 2019 and Defendant's Reply deadline is continued to August 21, 2019.

Dated: 8/7/2019

_____
HON. HAYWOOD S. GILLIAM, JR.